948

No. 642, Misc. IRVIN *v*. INDIANA. Petition for writ of certiorari to the Supreme Court of Indiana denied without prejudice to filing for federal habeas corpus after exhausting state remedies. Petitioner *pro se*. *Edwin K. Steers*, Attorney General of Indiana, and *Owen S. Boling* and *Richard M. Givan*, Deputy Attorneys General, for respondent.

No. 41. AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, LOCAL No. 427, AFL, ET AL. *v*. FAIRLAWN MEATS, INC., *ante*, p. 20. Rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.

No. 313. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v*. CHICAGO RIVER & INDIANA RAILROAD CO. ET AL., *ante*, p. 30. Motion for leave to file brief of Railway Labor Executives' Association, as *amicus curiae*, in support of petition for rehearing granted. Petition for rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion and application.

No. 648. YUCHI (EUCHEE) TRIBE OF INDIANS ET AL. *v*. UNITED STATES ET AL., 352 U. S. 1016. Motion for leave to file a second petition for rehearing denied. MR. JUSTICE BLACK and MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion.